```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23436
   ALMA J DURANT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3493


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/14/2007 and was not confirmed.

     The case was dismissed without confirmation 03/31/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------

 WELLS FARGO BANK           NOTICE ONLY     NOT FILED           .00            .00
 OPTION ONE MORTGAGE        CURRENT MORTG        .00            .00            .00
 OPTION ONE MORTGAGE        MORTGAGE ARRE   12500.00            .00            .00
 CURTISS EMPLOYEES FEDERA   SECURED VEHIC   19450.00            .00        1295.58
 CURTISS EMPLOYEES FEDERA   UNSECURED         256.83            .00            .00
 ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED           .00            .00
 CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED           .00            .00
 CURTIS CAN C U             UNSECURED       NOT FILED           .00            .00
 I C COLLECTION SERVICE     UNSECURED       NOT FILED           .00            .00
 RECEIVABLE MANAGEMENT IN   UNSECURED         250.00            .00            .00
 LOYOLA UNIVERSITY PHYSIC   UNSECURED         288.35            .00            .00
 ROBERT J ADAMS & ASSOC     REIMBURSEMENT       6.33            .00           6.33
 ROBERT J ADAMS & ASSOC     DEBTOR ATTY     3,000.00                      2,378.09
 TOM VAUGHN                 TRUSTEE                                         320.00
 DEBTOR REFUND              REFUND                                        1,600.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                  5,600.00

 PRIORITY                                            6.33
 SECURED                                         1,295.58
 UNSECURED                                            .00
 ADMINISTRATIVE                                  2,378.09
 TRUSTEE COMPENSATION                              320.00
 DEBTOR REFUND                                   1,600.00
                          -----------         -----------
 TOTALS                   5,600.00               5,600.00




                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23436 ALMA J DURANT
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 06/25/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```